STATE OF MAINE                                                  SUPERIOR COURT
York, ss                                                        Civil Action
                                                                Docket No.   ALFSC-CV-2020-167

                                            )
DOMINGUS NOBREGA,                           )
                Plaintiff                   )
                                            )
v.                                          )       ANSWER AND AFFIRMATIVE
                                            )       DEFENSES OF DEFENDANTS
YORK COUNTY and YORK COUNTY                 )
SHERIFF,                                    )
                Defendants                  )
                                            )

YORK COUNTY SUPERIOR
OCT 2 '20 AM 10:12

NOW COME Defendants York County and York County Sheriff, by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

### AFFIRMATIVE DEFENSES

A. Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B. Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

C. Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

D. Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

E. Plaintiff has failed to mitigate his damages as required by law.

F. Defendants are entitled to immunity, including all immunities available under the Maine Tort Claims Act and qualified immunity.

G. Plaintiff's claims are barred by provisions of the Prison Litigation Reform Act, including but not limited to 42 U.S.C. § 1997e(a) and/or 42 U.S.C.§ 1997e(a).

### ANSWER

1. The Defendants deny each and every averment set forth in Plaintiff's Complaint.[1]

WHEREFORE, Defendants pray for judgment in their favor against Plaintiff plus costs, interest, and attorneys fees.

Dated: October 1, 2020

_____
Peter T. Marchesi, Esq.

_____
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendants
27 Temple Street
Waterville, ME  04901

---

[1] In that Plaintiff's Complaint does not contain numbered paragraphs, Defendants can only provide a general denial.