UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DOMINGUS NOBREGA,<br>    Plaintiff<br><br>v.<br><br>YORK COUNTY and YORK COUNTY SHERIFF,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY DEMAND

NOW COME Defendants, by and through undersigned counsel, and pursuant to F.R.Civ.P. 38(b), hereby demand trial by jury on all counts of the above-entitled matter.

Dated:  October 14, 2020

            /s/   Peter T. Marchesi
            Peter T. Marchesi, Esq.
            Wheeler & Arey, P.A.
            Attorneys for Defendants
            27 Temple Street
            Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DOMINGUS NOBREGA,<br>          Plaintiff<br><br>v.<br><br>YORK COUNTY and YORK COUNTY SHERIFF,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Jury Demand

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    Domingus Nobrega
    1 Layman Way
    Alfred, ME   04002

Dated:  October 14, 2020                    /s/   Peter T. Marchesi
                                                    Peter T. Marchesi, Esq.
                                                    Wheeler & Arey, P.A.
                                                    Attorneys for Defendants
                                                    27 Temple Street
                                                    Waterville, ME   04901